UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-7528 PA (SSCx) | Date | September 15, 2026 |
| Title | Hsiao-Man Han v. United States Citizenship and Immigration Services, et al. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — ORDER TO SHOW CAUSE

Plaintiff Hsiao-Man Han ("Plaintiff"), filed Proofs of Service appearing to show that he served the United States and its Agencies, Officers, or Employees pursuant to Federal Rule of Civil Procedure 4(i) by sending copies of the Summons and Complaint to the Attorney General, Director of U.S. Citizenship and Immigration Services, the Secretary of the Department of Homeland Security, and the Civil Process Clerk of the United States Attorney for the Central District of California. According to the Proofs of Service (Docket No. 7), Plaintiff sent the Summons and Complaint by certified mail July 13, 2026, making defendants' deadline to respond to the Complaint September 11, 2026. To date, however, no defendant has appeared in the action.

Defendants are therefore ordered to show cause in writing why their defaults should not be entered. Defendants' Response to this Order to Show Cause shall be filed by no later than September 25, 2026. Failure to timely or adequately respond to the Order to Show Cause by that date may result in the entry of defendants' defaults without further warning.

IT IS SO ORDERED.

cc: Daniel Beck, Acting Chief, Civil Division (daniel.beck@usdoj.gov)
Alarice Medrano, Acting Chief, Complex and Defensive Litigation Section (alarice.medrano@usdoj.gov)