UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-7528 PA (SSCx) | Date | October 7, 2026 |
| Title | Hsiao-Man Han v. United States Citizenship and Immigration Services, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS — ORDER TO SHOW CAUSE

Plaintiff Hsiao-Man Han ("Plaintiff"), who is appearing pro se, has filed a Motion for Default Judgment (Docket No. 15). The Motion for Default Judgment does not include a hearing date as required by Local Rule 6-1. The Court sets the Motion for Default Judgment for a hearing on November 16, 2026, at 1:30 p.m. Defendants' Opposition, if any, shall be filed by no later than October 26, 2026. Plaintiff's Reply shall be filed by no later than November 2, 2026.

IT IS SO ORDERED.

cc: Daniel Beck, Acting Chief, Civil Division (daniel.beck@usdoj.gov)
Alarice Medrano, Acting Chief, Complex and Defensive Litigation Section (alarice.medrano@usdoj.gov)