UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-7528 PA (SSCx) | Date | November 10, 2026 |
| Title | Hsiao-Man Han v. United States Citizenship and Immigration Services, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS — ORDER TO SHOW CAUSE

Plaintiff Hsiao-Man Han ("Plaintiff"), who is appearing pro se, filed a Motion for Default Judgment (Docket No. 15). The Government filed an Opposition on October 8, 2026, in which it stated that this action is now moot because United States Citizenship and Immigration Services approved, on September 30, 2026, the I130 Petition for Alien Relative that is the subject of this action. The Court therefore issued an Order to Show Cause on October 8, 2026, ordering Plaintiff to show cause in writing why this action should not be dismissed as moot, since she has now received, through the approval of her Petition, all of the relief she sought in her Complaint. The Court ordered Plaintiff to respond to the October 8, 2026 Order to Show Cause by no later than October 19, 2026, and warned that the failure to timely or adequately respond to the Order to Show Cause may, without further warning, result in the dismissal of this action without prejudice.

To date, and despite the expiration of the deadline for Plaintiff to respond, Plaintiff has not done so. The Court therefore concludes that this action is moot and dismisses it without prejudice. The hearing calendared for November 16, 2026, is vacated and the matter is taken off calendar. The Court will issue a Judgment consistent with this Order.

IT IS SO ORDERED.