JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSIAO-MAN HAN,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants. | CV 26-7528 PA (SSCx)<br>JUDGMENT |

Pursuant to the Court's November 10, 2026 Minute Order dismissing this action as moot,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 10, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE